**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Custom Air Design, Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-5471417** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **9636 Phillips Lane** **Wellington, FL 33414** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Palm Beach** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Custom Air Design, Inc.**                                          Case number (*if known*) _____
          Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

Debtor    **Custom Air Design, Inc.**                                    Case number (*if known*) _____
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
         Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in this district?** | *Check all that apply:* |

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

████ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Custom Air Design, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **November  5, 2018**
                MM / DD / YYYY

**X** /s/ Robert Anderson                     Robert Anderson
Signature of authorized representative of debtor      Printed name

Title     **Prsident**

**18. Signature of attorney**

**X** /s/ Susan D Lasky          Date **November  5, 2018**
Signature of attorney for debtor        MM / DD / YYYY

**Susan D Lasky 451096**
Printed name

**Sue Lasky, PA**
Firm name

**320 SE 18 Street**
**Fort Lauderdale, FL 33316**
Number, Street, City, State & ZIP Code

Contact phone   **954-400-7474**   Email address   **Jessica@SueLasky.com**

**451096 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Custom Air Design, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November  5, 2018**     X **/s/ Robert Anderson**
                                                 Signature of individual signing on behalf of debtor

                                                 **Robert Anderson**
                                                 Printed name

                                                 **Prsident**
                                                 Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Custom Air Design, Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| A Tarler 1403 SW 8 St Pompano Beach, FL 33069 | | | | | | $14,318.61 |
| A&R Supply 2650 NW 89 Ct Miami, FL 33172 | | | Disputed | | | $11,006.06 |
| Ability Crane 7720 NW 23 St Pompano Beach, FL 33063 | | | Disputed | | | $18,087.50 |
| Accountemps 12400 Collections Center Dr Chicago, IL 60693 | | | Disputed | | | $18,850.13 |
| Air System Distributors 2151 W Hillsboro Blvd Suite 400 Deerfield Beach, FL 33442 | | | | | | $20,592.47 |
| Andrew Merola 3301 Spanish Trail Apt 103 Delray Beach, FL 33483 | | | | | | $32,000.00 |
| Belometals 1441 SW 10 Ave Suite 208 Pompano Beach, FL 33069 | | | | | | $33,165.10 |
| Carrier Enterprises LLC 29704 Network Pl Chicago, IL 60673-1297 | | | Contingent Unliquidated Disputed | | | $29,622.25 |

Debtor   **Custom Air Design, Inc.**
         Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Certified Test & Balance Inc 1847 Banks Rd Pompano Beach, FL 33063** | | | Disputed | | | $12,625.00 |
| **Friedrich Air Conditioning Company 10001 Reunion Pl Suite 500 San Antonio, TX 78216** | | | Contingent Unliquidated Disputed | | | $38,910.55 |
| **Gem Aire POB 406698 Atlanta, GA 30364-6698** | | | Disputed | | | $27,919.47 |
| **Goodman Distribution Southeast POB 660503 Dallas, TX 75266-0503** | | | | | | $10,529.16 |
| **HVAC Assoc Inc POB 1355 Pompano Beach, FL 33061-1355** | | | Contingent Unliquidated Disputed | | | $25,734.51 |
| **Johnstone Supply 5620 NW 12 Ave Fort Lauderdale, FL 33309** | | | Disputed | | | $19,648.38 |
| **Payroll Experts 2901 SW 149 Ave Suite 220 Hollywood, FL 33027** | | | | | | $10,951.88 |
| **Saez Distributors 8290 NW 25 St Miami, FL 33122** | | | | | | $12,044.80 |
| **Task Mgmt Inc POB 842925 Boston, MA 02284-2925** | | | Contingent Unliquidated Disputed | | | $132,593.08 |
| **Trane US Inc POB 406469 Atlanta, GA 30384** | | | | | | $13,570.53 |
| **Wex-Fleet Fueling POB 6293 Carol Stream, IL 60197-6293** | | | | | | $17,291.23 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Custom Air Design, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **YORK**<br>**5757 N Green Bay Ave**<br>**Milwaukee, WI 53209** | | | | | | **$33,566.81** |

**Fill in this information to identify the case:**

Debtor name   **Custom Air Design, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                          12/15

| Part 1: | Summary of Assets |
|---------|-------------------|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*................................................................................................... $      **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................................ $      **416,521.15**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................................. $      **416,521.15**

| Part 2: | Summary of Liabilities |
|---------|------------------------|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $      **827,156.19**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................... $      **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$      **617,895.43**

4. **Total liabilities** ............................................................................................................
   Lines 2 + 3a + 3b      $      **1,445,051.62**

**Fill in this information to identify the case:**

Debtor name **Custom Air Design, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1. | **Checking Account: Wells Fargo - 2985 Account** | | $881.00 |
| 3.2. | **Checking Account: Wells Fargo - 1098 Account** | | $0.00 |
| 3.3. | **Checking Account: Wells Fargo - 2977 Account** | | $0.00 |
| 3.4. | **Checking Account: Td Bank** | | $4,836.34 |

| 4. | **Other cash equivalents** *(Identify all)* | |
|---|---|---|

| 5. | **Total of Part 1.** | $5,717.34 |
|---|---|---|
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | |

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Custom Air Design, Inc.**                                              Case number *(If known)* _____
          Name

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

| 11. | **Accounts receivable** |
|---|---|

11a. 90 days old or less:    **300,000.00** - **0.00** = ....    **$300,000.00**
                           face amount                       doubtful or uncollectible accounts

| 12. | **Total of Part 3.** | **$300,000.00** |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** | | | | |
| 20.    **Work in progress** | | | | |
| 21.    **Finished goods, including goods held for resale** | | | | |
| 22.    **Other inventory or supplies Security Deposit: Security Deposit Held By Landlord 1254 Sw 6 Llc** | | **$0.00** | | **$3,070.81** |

| 23. | **Total of Part 5.** | **$3,070.81** |
|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | |

**24.    Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25.    Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

**26.    Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Custom Air Design, Inc.**                                    Case number *(If known)* _____
          <sub>Name</sub>

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **Household: Office Furniture: Desks, Chairs, Cubicle Dividers, Etc.** | $0.00 | | $8,000.00 |
| | **Electronics: Computers, Printers, Monitors, Phones** | $0.00 | | $6,000.00 |
| | **Collectibles: Equipment And Materials (Cost Of Goods Sold)** | $0.00 | | $64,000.00 |

| 40. | **Office fixtures** |
|---|---|
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles |

| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | $78,000.00 |
|---|---|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

■ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                          Best Case Bankruptcy

Debtor  **Custom Air Design, Inc.**                                    Case number *(If known)* _____
              Name

| | | | |
|---|---|---|---|
| 47.1. | **2005 Ford Econoline w/ 210,055 miles**<br>**Vehicle: Vin #: 1Ftre14W65Ha69099** | $1,114.00 | $1,114.00 |
| 47.2. | **2006 Ford Econoline w/ 245,000 miles**<br>**Vehicle: Vin #: 1Fdxe45S86Ha40673** | $990.00 | $990.00 |
| 47.3. | **2008 Ford Econoline w/ 199,187 miles**<br>**Vehicle: Vin #: 1Ftns24W08Da84349** | $1,934.00 | $1,934.00 |
| 47.4. | **2012 Chevrolet Express w/ 107,317 miles**<br>**Vehicle: Vin #: 1Gcsgafxxc1176650** | $3,671.00 | $3,671.00 |
| 47.5. | **2012 Chevrolet Express w/ 92,400 miles**<br>**Vehicle: Vin #: 1Gcsgafxxd1129278** | $8,182.00 | $8,182.00 |
| 47.6. | **2012 Chevrolet Silverado w/ 86,624 miles**<br>**Vehicle: Vin #: 1Gcncpex3Cz138496** | $5,759.00 | $5,759.00 |
| 47.7. | **2011 Ford Transit w/ 172,364 miles**<br>**Vehicle: Vin #: Nm0Ls8An6Bt054371 Not Running** | $300.00 | $300.00 |
| 47.8. | **2008 Chevrolet Express w/ 198,556 miles**<br>**Vehicle: Vin #: 1Gcgg25C481140650** | $4,933.00 | $4,933.00 |
| 47.9. | **2005 Ford Econoline w/ 219,654 miles**<br>**Vehicle: Vin #: 1Ftre14W15Hb17673** | $2,850.00 | $2,850.00 |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.  **Total of Part 8.**                                                          $29,733.00

     Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ■ No
     ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 9:**     **Real property**

**54. Does the debtor own or lease any real property?**

| Debtor | **Custom Air Design, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

<table>
<tr><td style="background:black;color:white">Part 10:</td><td colspan="4">**Intangibles and intellectual property**</td></tr>
</table>

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** | | | |
| 62.  **Licenses, franchises, and royalties** **General Intangibiles: Business Licenses** | $0.00 | | $0.00 |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | |

| | |
|---|---|
| 66.  **Total of Part 10.** Add lines 60 through 65. Copy the total to line 89. | $0.00 |

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

<table>
<tr><td style="background:black;color:white">Part 11:</td><td>**All other assets**</td></tr>
</table>

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Custom Air Design, Inc.**
Name

Case number *(If known)* _____

---

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $5,717.34 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $300,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $3,070.81 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $78,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $29,733.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $416,521.15 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $416,521.15 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name **Custom Air Design, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured
claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

| 2.1 | **Wells Fargo** | Describe debtor's property that is subject to a lien | $677,156.19 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **All property on Schedule B** | | |

**CMG Support Serv East
Coast SBA
MAC D4004-O3A
POB 2715
Winston Salem, NC
27102-2715**
Creditor's mailing address

**Describe the lien**
**SBA LOAN**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**2836**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 | **Wells Fargo** | Describe debtor's property that is subject to a lien | $150,000.00 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **All property on Schedule B** | | |

**CMG Support Serv East
Coast SBA
MAC D4004-O3A
POB 2715
Winston Salem, NC
27102-2715**
Creditor's mailing address

**Describe the lien**
**line of Credit**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No

**Date debt was incurred**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Custom Air Design, Inc.**

_____
Name                                          Case number (if know) _____

**Last 4 digits of account number**          ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**            **As of the petition filing date, the claim is:**
**interest in the same property?**           Check all that apply

☑ No                                         ☐ Contingent

☐ Yes. Specify each creditor,                ☐ Unliquidated
including this creditor and its relative
priority.                                    ☐ Disputed

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$827,156.19**

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| **Name  and address** | **On which line in Part 1 did you enter the related creditor?** | **Last 4 digits of account number for this entity** |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name   **Custom Air Design, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☐ Yes. Go to line 2.

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>**1254 SW 6 LLC**<br>**1254 SW 6 St**<br>**Pompano Beach, FL 33069**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$6,588.32** |

| 3.2 | **Nonpriority creditor's name and mailing address**<br>**A Tarler**<br>**1403 SW 8 St**<br>**Pompano Beach, FL 33069**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$14,318.61** |

| 3.3 | **Nonpriority creditor's name and mailing address**<br>**A&R Supply**<br>**2650 NW 89 Ct**<br>**Miami, FL 33172**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$11,006.06** |

| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Ability Crane**<br>**7720 NW 23 St**<br>**Pompano Beach, FL 33063**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$18,087.50** |

| Debtor | **Custom Air Design, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,850.13** |
|---|---|---|---|

**Accountemps**
**12400 Collections Center Dr**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$508.88** |
|---|---|---|---|

**ADT Security**
**POB 650485**
**Dallas, TX 75265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$552.36** |
|---|---|---|---|

**Air Sponge Filter Company**
**12075 NW 39 St**
**Pompano Beach, FL 33065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,592.47** |
|---|---|---|---|

**Air System Distributors**
**2151 W Hillsboro Blvd**
**Suite 400**
**Deerfield Beach, FL 33442**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32,000.00** |
|---|---|---|---|

**Andrew Merola**
**3301 Spanish Trail**
**Apt 103**
**Delray Beach, FL 33483**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,540.07** |
|---|---|---|---|

**Arco Supply**
**715 Barnett Dr**
**Lake Worth, FL 33461**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,893.26** |
|---|---|---|---|

**Badger Corp**
**631 NE 34 St**
**Pompano Beach, FL 33064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Custom Air Design, Inc.** _____    Case number (*if known*) _____

Name

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,602.38 |

**Baird Case Funeral Home**
**4343 N Federal Hwy**
**Fort Lauderdale, FL 33308**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

**Baker Florida Cooling Supply**
**POB 409635**
**Atlanta, GA 30384-9635**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33,165.10 |

**Belometals**
**1441 SW 10 Ave**
**Suite 208**
**Pompano Beach, FL 33069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,622.25 |

**Carrier Enterprises LLC**
**29704 Network Pl**
**Chicago, IL 60673-1297**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,625.00 |

**Certified Test & Balance Inc**
**1847 Banks Rd**
**Pompano Beach, FL 33063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,684.69 |

**Citibank**
**Po Box 790420**
**St Louis, MO 63179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Date Opened: 02/1/2017**
**Last Used: 08/7/2018**

Basis for the claim:  **Home Depot Commercial Account Credit Card**

Last 4 digits of account number  **2202**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,641.04 |

**Economic Electric Motor 0045**
**4075 NW 79 Ave**
**Miami, FL 33166-6519**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **Custom Air Design, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.19** | Nonpriority creditor's name and mailing address
**Everglades Electric Supply**
841 NE 44 St
Fort Lauderdale, FL 33334

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,115.40**

---

**3.20** | Nonpriority creditor's name and mailing address
**FastEST, Inc**
POB 20843
Wichita, KS 67208

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$675.00**

---

**3.21** | Nonpriority creditor's name and mailing address
**FedEx**
POB 660481
Dallas, TX 75266

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$137.67**

---

**3.22** | Nonpriority creditor's name and mailing address
**Ferguson Enterprises Inc**
10355 S Orange Ave
Suite B
Orlando, FL 32824

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$8,017.46**

---

**3.23** | Nonpriority creditor's name and mailing address
**Florida Department of Revenu**
5050 W. Tennessee Street
Tallahassee, FL 32399

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,125.32**

---

**3.24** | Nonpriority creditor's name and mailing address
**Friedrich Air Conditioning Company**
10001 Reunion Pl
Suite 500
San Antonio, TX 78216

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$38,910.55**

---

**3.25** | Nonpriority creditor's name and mailing address
**Gem Aire**
POB 406698
Atlanta, GA 30364-6698

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$27,919.47**

---

| Debtor | **Custom Air Design, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,529.16** |
|---|---|---|---|

**Goodman Distribution Southeast**
**POB 660503**
**Dallas, TX 75266-0503**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Grainger**
**POB 419267**
**Kansas City, MO 64141-6267**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,700.00** |
|---|---|---|---|

**Gregor Hartenhoff Inc**
**607 E Atlantic Blvd**
**Pompano Beach, FL 33060**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,376.60** |
|---|---|---|---|

**Guard Insurance Group**
**1253 Haddonfield Berlin Rd**
**Voorhees, NJ 08043-4847**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$139.00** |
|---|---|---|---|

**Guidant Financial Group**
**1100 112 Ave NE**
**Suite 100**
**Kent, WA 98064**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$108.00** |
|---|---|---|---|

**HMG LLC**
**9789 Mantova Dr**
**Lake Worth, FL 33467**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,657.78** |
|---|---|---|---|

**Home Depot Credit Svcs**
**POB 8047**
**Phoenix, AZ 85062-8047**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Custom Air Design, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.33** Nonpriority creditor's name and mailing address
HVAC Assoc Inc
POB 1355
Pompano Beach, FL 33061-1355

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$25,734.51**

---

**3.34** Nonpriority creditor's name and mailing address
ICW Group
605 Cresent Executive Ct
#200
Lake Mary, FL 32746

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,900.23**

---

**3.35** Nonpriority creditor's name and mailing address
John Beurosse PE
750 E Sample Rd
Bldg 3, Ste 220
Pompano Beach, FL 33064

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$275.00**

---

**3.36** Nonpriority creditor's name and mailing address
Johnstone Supply
5620 NW 12 Ave
Fort Lauderdale, FL 33309

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$19,648.38**

---

**3.37** Nonpriority creditor's name and mailing address
Mad Hatter Mufflers & Tires
919 S Dixie Hwy E
Pompano Beach, FL 33060

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,837.64**

---

**3.38** Nonpriority creditor's name and mailing address
Ottographics
490 W Prospect Rd
Fort Lauderdale, FL 33309

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$713.49**

---

**3.39** Nonpriority creditor's name and mailing address
Payroll Experts
2901 SW 149 Ave
Suite 220
Hollywood, FL 33027

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$10,951.88**

| Debtor | **Custom Air Design, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.40** | Nonpriority creditor's name and mailing address
**Reifkind Thompson & Rudzinski LLP**
3333 W Commercial Blvd
#200B
Fort Lauderdale, FL 33309

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$740.00**

**3.41** | Nonpriority creditor's name and mailing address
**Saez Distributors**
8290 NW 25 St
Miami, FL 33122

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$12,044.80**

**3.42** | Nonpriority creditor's name and mailing address
**Spireon Inc**
16802 Aston
Irvine, CA 92606

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$274.44**

**3.43** | Nonpriority creditor's name and mailing address
**Sports Plus**
230 S Cypress
Suite J
Pompano Beach, FL 33069

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$532.65**

**3.44** | Nonpriority creditor's name and mailing address
**Sutton Leasing Inc**
3555 E 14 Mile Rd
Sterling Heights, MI 48310

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$3,789.92**

**3.45** | Nonpriority creditor's name and mailing address
**Task Mgmt Inc**
POB 842925
Boston, MA 02284-2925

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$132,593.08**

**3.46** | Nonpriority creditor's name and mailing address
**Telename Communications Inc**
11161 E State Rd 70
Ste 110
Bradenton, FL 34202

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$1,848.48**

| Debtor | Custom Air Design, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1.00** |
|---|---|---|---|

**Town of Davie**
6901 Orange Dr.
Fort Lauderdale, FL 33314

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$13,570.53** |
|---|---|---|---|

**Trane US Inc**
POB 406469
Atlanta, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1.00** |
|---|---|---|---|

**Trinity Insulation**
160 NW 16 St
Boca Raton, FL 33432

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,856.90** |
|---|---|---|---|

**Tropic Supply Inc 0125**
1001 Sawgrass Corporate Pkwy
Fort Lauderdale, FL 33323

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,020.62** |
|---|---|---|---|

**United Refrigeration Inc**
POB 677036
Dallas, TX 75267-7036

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8,092.88** |
|---|---|---|---|

**USA Equipment Solutions**
831 Par Circle
Delray Beach, FL 33445

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1.00** |
|---|---|---|---|

**Wells Fargo**
POB 98751
Las Vegas, NV 89193

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Custom Air Design, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$17,291.23** |
|---|---|---|---|
| | **Wex-Fleet Fueling** <br> **POB 6293** <br> **Carol Stream, IL 60197-6293** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,918.43** |
|---|---|---|---|
| | **Williams Scotsman Inc** <br> **901 S Bond St** <br> **Ste 600** <br> **Baltimore, MD 21231** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$33,566.81** |
|---|---|---|---|
| | **YORK** <br> **5757 N Green Bay Ave** <br> **Milwaukee, WI 53209** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

---

**Part 3:** **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Jomax Recovery** <br> **9242 W Union Hills Rd** <br> **#102** <br> **ID 83582** | Line **3.34** <br><br> ☐ Not listed. Explain ____ | _ |
| 4.2 | **Sax, Willinger & Gold** <br> **5801 NW 151 Street** <br> **Suite 307** <br> **Hialeah, FL 33014** | Line **3.1** <br><br> ☐ Not listed. Explain ____ | _ |
| 4.3 | **Worman & Sheffler PA** <br> **2707 W Fairbanks Ave** <br> **Ste 200** <br> **Winter Park, FL 32789** | Line **3.15** <br><br> ☐ Not listed. Explain ____ | _ |

---

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ | **617,895.43** |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ | **617,895.43** |

**Fill in this information to identify the case:**

Debtor name    **Custom Air Design, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest      **$3,294.16 A Month (1) Three-Year Lease And (2) One-Year Leases To Meet Bank's Requirement Of Five-Year Lease** | |
| State the term remaining | |
| List the contract number of any government contract | **1254 Sw 6 Llc**<br>**1254 Sw 6Th Street**<br>**Pompano Beach, FL 33069** |
| 2.2.    State what the contract or lease is for and the nature of the debtor's interest      **2016 Nissan NV2500 V6 SV** | |
| State the term remaining      **33 mos** | |
| List the contract number of any government contract | **Sutton Leasing Inc**<br>**3555 E 14 Mile Rd**<br>**Sterling Heights, MI 48310** |
| 2.3.    State what the contract or lease is for and the nature of the debtor's interest      **2017 Ram ProMaster 1500 136WB Vin # 513493** | |
| State the term remaining | |
| List the contract number of any government contract | **Sutton Leasing Inc**<br>**3555 E 14 Mile Rd**<br>**Sterling Heights, MI 48310** |
| 2.4.    State what the contract or lease is for and the nature of the debtor's interest      **2017 Ram ProMaster 1500 136WB Vin # 512048** | |
| State the term remaining | |
| List the contract number of any government contract | **Sutton Leasing Inc**<br>**3555 E 14 Mile Rd**<br>**Sterling Heights, MI 48310** |

Debtor 1  **Custom Air Design, Inc.**                                    Case number (*if known*) _____
    First Name        Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**Fill in this information to identify the case:**

Debtor name      **Custom Air Design, Inc.**

United States Bankruptcy Court for the:      SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206H
## Schedule H: Your Codebtors                                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Robert Anderson** | | **Ferguson Enterprises Inc** | ☐ D _____<br>■ E/F __3.22__<br>☐ G _____ |
| 2.2 **Robert Anderson** | | **Sutton Leasing Inc** | ☐ D _____<br>☐ E/F _____<br>■ G __2.2__ |

<table>
<tr><td colspan="2" style="background:black;color:white"><b>Fill in this information to identify the case:</b></td></tr>
</table>

Debtor name    **Custom Air Design, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

<b style="background:black;color:white">Part 1:</b> **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **10/01/2017** to  **9/30/2018** | ■ Operating a business<br>☐ Other  _____ | **$1,978,434.87** |
| **For year before that:**<br>From **10/01/2016** to  **9/30/2017** | ■ Operating a business<br>☐ Other  _____ | **$1,225,972.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

<b style="background:black;color:white">Part 2:</b> **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

| Debtor | **Custom Air Design, Inc.** | Case number *(if known)* |
|--------|------------------------------|--------------------------|

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **1254 SW 6 LLC**<br>**vs**<br>**CAD Inc**<br>**dba Custom Air Design**<br>**COCE 18-024104** | **Removal of Tenant** | **Broward County Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Ferguson Enterprises, Inc**<br>**vs**<br>**Custom Air Designs**<br>**2018-025768 CA 01** | **Breach of Contract** | **Circuit Court Broward County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Gregor Hartenhoff Inc**<br>**vs**<br>**Custom Air Design Inc**<br>**CONO 18011655** | **Breach of Contract** | **Broward County Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Carrier Enterprises LLC**<br>**vs**<br>**Custom Air Design**<br>**2018-CA-9616** | **Breach of Contract** | **Orange County Circuit Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor   __Custom Air Design, Inc._____     Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.5.   **Task Management, Inc.<br>aka Task Management<br>Staffing Inc<br>vs<br>Custom Air Design Inc<br>2018-020268** | **Breach of<br>Contract** | **Broward Circuit Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.   Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| | | | |

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.   **Sue Lasky, PA<br>320 SE 18 Street<br>Fort Lauderdale, FL 33316** | **Attorney Fees & Filing Fee<br>$9783 + $1717** | **10/2018** | **$11,500.00** |
| **Email or website address<br>Jessica@SueLasky.com** | | | |
| **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor   **Custom Air Design, Inc.** _____     Case number *(if known)* _____

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

| Debtor | Custom Air Design, Inc. | Case number *(if known)* | |
|---|---|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

| Debtor | **Custom Air Design, Inc.** | Case number *(if known)* |
|---|---|---|

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13: Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Tom Sawyer** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people**

| Debtor | **Custom Air Design, Inc.** | Case number *(if known)* | |

**in control of the debtor at the time of the filing of this case.**

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    November  5, 2018

/s/ Robert Anderson                                     Robert Anderson
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Prsident**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

# United States Bankruptcy Court
## Southern District of Florida

In re    **Custom Air Design, Inc.**
                                                    Case No.
                                   Debtor(s)        Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Robert Anderson** | **President** | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Prsident** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **November  5, 2018**                    Signature    **/s/ Robert Anderson**

                                                            **Robert Anderson**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Southern District of Florida

In re    **Custom Air Design, Inc.**      Case No. _____

Debtor(s)     Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Prsident of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **November  5, 2018**          **/s/ Robert Anderson**

**Robert Anderson/Prsident**
Signer/Title

```
1254 SW 6 LLC
1254 SW 6 St
Pompano Beach, FL 33069


1254 Sw 6 Llc
1254 Sw 6Th Street
Pompano Beach, FL 33069


A Tarler
1403 SW 8 St
Pompano Beach, FL 33069


A&R Supply
2650 NW 89 Ct
Miami, FL 33172


Ability Crane
7720 NW 23 St
Pompano Beach, FL 33063


Accountemps
12400 Collections Center Dr
Chicago, IL 60693


ADT Security
POB 650485
Dallas, TX 75265


Air Sponge Filter Company
12075 NW 39 St
Pompano Beach, FL 33065


Air System Distributors
2151 W Hillsboro Blvd
Suite 400
Deerfield Beach, FL 33442


Andrew Merola
3301 Spanish Trail
Apt 103
Delray Beach, FL 33483


Arco Supply
715 Barnett Dr
Lake Worth, FL 33461
```

Badger Corp
631 NE 34 St
Pompano Beach, FL 33064


Baird Case Funeral Home
4343 N Federal Hwy
Fort Lauderdale, FL 33308


Baker Florida Cooling Supply
POB 409635
Atlanta, GA 30384-9635


Belometals
1441 SW 10 Ave
Suite 208
Pompano Beach, FL 33069


Carrier Enterprises LLC
29704 Network Pl
Chicago, IL 60673-1297


Certified Test & Balance Inc
1847 Banks Rd
Pompano Beach, FL 33063


Citibank
Po Box 790420
St Louis, MO 63179


Economic Electric Motor 0045
4075 NW 79 Ave
Miami, FL 33166-6519


Everglades Electric Supply
841 NE 44 St
Fort Lauderdale, FL 33334


FastEST, Inc
POB 20843
Wichita, KS 67208


FedEx
POB 660481
Dallas, TX 75266

```
Ferguson Enterprises Inc
10355 S Orange Ave
Suite B
Orlando, FL 32824


Florida Department of Revenu
5050 W. Tennessee Street
Tallahassee, FL 32399


Friedrich Air Conditioning Company
10001 Reunion Pl
Suite 500
San Antonio, TX 78216


Gem Aire
POB 406698
Atlanta, GA 30364-6698


Goodman Distribution Southeast
POB 660503
Dallas, TX 75266-0503


Grainger
POB 419267
Kansas City, MO 64141-6267


Gregor Hartenhoff Inc
607 E Atlantic Blvd
Pompano Beach, FL 33060


Guard Insurance Group
1253 Haddonfield Berlin Rd
Voorhees, NJ 08043-4847


Guidant Financial Group
1100 112 Ave NE
Suite 100
Kent, WA 98064


HMG LLC
9789 Mantova Dr
Lake Worth, FL 33467
```

```
Home Depot Credit Svcs
POB 8047
Phoenix, AZ 85062-8047


HVAC Assoc Inc
POB 1355
Pompano Beach, FL 33061-1355


ICW Group
605 Cresent Executive Ct
#200
Lake Mary, FL 32746


IRS
POB 21126
Philadelphia, PA 19114


IRS
POB 7346
Philadelphia, PA 19101


John Beurosse PE
750 E Sample Rd
Bldg 3, Ste 220
Pompano Beach, FL 33064


Johnstone Supply
5620 NW 12 Ave
Fort Lauderdale, FL 33309


Jomax Recovery
9242 W Union Hills Rd
#102
ID 83582


Mad Hatter Mufflers & Tires
919 S Dixie Hwy E
Pompano Beach, FL 33060


Ottographics
490 W Prospect Rd
Fort Lauderdale, FL 33309
```

Payroll Experts
2901 SW 149 Ave
Suite 220
Hollywood, FL 33027


Reifkind Thompson & Rudzinski LLP
3333 W Commercial Blvd
#200B
Fort Lauderdale, FL 33309


Robert Anderson


Saez Distributors
8290 NW 25 St
Miami, FL 33122


Sax, Willinger & Gold
5801 NW 151 Street
Suite 307
Hialeah, FL 33014


Securities and Exchange Commission
Miami Regional Office
Eric I. Bustillo, Regional Director
801 Brickell Ave., Suite 1800
Miami, FL 33131


Spireon Inc
16802 Aston
Irvine, CA 92606


Sports Plus
230 S Cypress
Suite J
Pompano Beach, FL 33069


Sutton Leasing Inc
3555 E 14 Mile Rd
Sterling Heights, MI 48310


Task Mgmt Inc
POB 842925
Boston, MA 02284-2925

Telename Communications Inc
11161 E State Rd 70
Ste 110
Bradenton, FL 34202


The Hon Alberto Gonzalez
Atty General of US
950 Pennsylvania Ave NW
Room 4400
Washington, DC 20530-0001


The Hon Marcos Jimenez
US Atty
Southern Dist of Florida
99 NE 4 St
Miami, FL 33132


Town of Davie
6901 Orange Dr.
Fort Lauderdale, FL 33314


Trane US Inc
POB 406469
Atlanta, GA 30384


Trinity Insulation
160 NW 16 St
Boca Raton, FL 33432


Tropic Supply Inc 0125
1001 Sawgrass Corporate Pkwy
Fort Lauderdale, FL 33323


United Refrigeration Inc
POB 677036
Dallas, TX 75267-7036


USA Equipment Solutions
831 Par Circle
Delray Beach, FL 33445


Wells Fargo
CMG Support Serv East Coast SBA
MAC D4004-O3A
POB 2715
Winston Salem, NC 27102-2715

```
Wells Fargo
POB 98751
Las Vegas, NV 89193


Wex-Fleet Fueling
POB 6293
Carol Stream, IL 60197-6293


Williams Scotsman Inc
901 S Bond St
Ste 600
Baltimore, MD 21231


Worman & Sheffler PA
2707 W Fairbanks Ave
Ste 200
Winter Park, FL 32789


YORK
5757 N Green Bay Ave
Milwaukee, WI 53209
```